# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV-08-5655-R**                                    **DATE: APRIL 21, 2009**

**TITLE: SUSAN STOFAN -V- HEALTH LIFE INSURANCE CO et al**

================================================================

**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

<u>William Horrell</u>                              <u>   N/A   </u>
**Deputy Clerk**                                 **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                                  Not present


**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

THIS MATTER IS SET ON CALENDAR ON MAY 1, 2009 AT

10:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE

DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF

THE PARTIES TO FILE A JOINT REPORT OF EARLY MEETING

OF COUNSEL. ATTENDANCE AT THE HEARING IS MANDATORY;

FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE

ACTION.


cc: counsel of record


**MINUTES FORM II**                                          Initials of Deputy Clerk   WH
**CIVIL - GEN**                          D-M